IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WENLIN XIAO,<br>*On his own behalf and on behalf of others similarly situated*<br><br>      Plaintiff,<br><br>    v.<br><br>SICHUAN GOURMET LLC<br>d/b/a Sichuan Gourmet;<br>SICHUAN GOURMET II LLC<br>d/b/a Sichuan Gourmet;<br>LOTUS FOOD INC<br>d/b/a Lotus Food Company;<br>OC PARTNERS LLC<br>d/b/a Lotus Food Company;<br>WEIXIANG YOU<br>a/k/a Wei Xiang You,<br>YONGJUN ZHANG<br>a/k/a Yong Jun Zhang,<br>YONGPENG XIA<br>a/k/a Yong Peng Xia,<br>ZHONG ZHUANG,<br>KUOHWA WANG<br>a/k/a Kuo Hwa Wang, and<br>TAIMEI WANG<br>a/k/a Tai Mei Wang,<br><br>      Defendants. | Civil Action No.: 21-cv-00482<br><br>Chief Judge Mark R. Hornak<br><br>[PROPOSED FORM OF]<br><br>**JUDGMENT** |

Plaintiff WEILIN XIAO ("Plaintiff") having commenced this action by filing his

Complaint herein for violations of the Fair Labor Standards Act ("FLSA") and the

1

Pennsylvania Minimum Wage Act ("PMWA"), against SICHUAN GOURMET LLC d/b/a Sichuan Gourmet; SICHUAN GOURMET II LLC d/b/a Sichuan Gourmet; WENXIANG YOU a/k/a Wei Xiang You; LOTUS FOOD, INC d/b/a Lotus Food Company; OC PARTNERS LLC d/b/a Lotus Food Company; YONGJUN ZHANG a/k/a Yong Jun Zhang; YONGPENG XIA a/k/a Yong Peng Xia; ZHONG ZHUANG; KUOHWA WANG a/k/a Kuo Hwa Wang; and TAIMEI WANG a/k/a Tai Mei Wang (collectively the "Defendants"). An Order was entered on March 18, 2022, granting in part and denying in part Defendants' motion to dismiss, dismissing the claims of Yongjun Zhang, Yongpeng Xia, Zhong Zhuang, Kuohwa Wang, Taimei Wang, Lotus Food Inc, and OC Partners LLC, without prejudice. Plaintiff and remaining defendants SICHUAN GOURMET LLC d/b/a Sichuan Gourmet; SICHUAN GOURMET II LLC d/b/a Sichuan Gourmet; WENXIANG YOU a/k/a Wei Xiang You, by their attorneys, having consented to the entry of this Final Judgment without trial or adjudication of any issue of fact or law herein, for settlement purposes only, and without this Final Judgment constituting any evidence against or an admission by the Defendants with respect to any such issue:

NOW, THEREFORE, before the taking of any testimony and without trial or adjudication of any issue of fact or law herein, and upon the consent of the parties hereto, it is hereby,

**ORDERED, ADJUDGED AND DECREED** as follows:

1. The Court has jurisdiction of the subject matter of this action and of the Plaintiff and the Defendants.

2. Judgment is hereby entered in this matter in favor of Plaintiff and against defendants SICHUAN GOURMET LLC d/b/a Sichuan Gourmet; SICHUAN GOURMET II LLC d/b/a Sichuan Gourmet; WENXIANG YOU a/k/a Wei Xiang You. Defendants SICHUAN GOURMET LLC d/b/a Sichuan Gourmet; SICHUAN GOURMET II LLC d/b/a Sichuan Gourmet; WENXIANG YOU a/k/a Wei Xiang You are hereby ordered to pay Plaintiff a civil judgment in the amount of $33,000 jointly and severally. Payment of the civil judgment ordered hereby shall be made by check to be delivered to Troy Law PLLC at 41-25 Kissena Blvd, Suite 110, Flushing, New York 11354, payable to Troy Law PLLC as Attorney for Plaintiff, within 60 days of the Clerk's entry of judgment pursuant to this order, provided that Defendants are provided with executed IRS Form W-9s from Plaintiff and Plaintiff's counsel. No post judgement interested shall be assessed should the the civil judgment is paid within the ordered time.

3. Pursuant to the terms of the Rule 68 offer of judgment accepted by Plaintiff, Plaintiff shall release and forever discharge SICHUAN GOURMET LLC d/b/a Sichuan Gourmet; SICHUAN GOURMET II LLC d/b/a Sichuan Gourmet; WENXIANG YOU a/k/a Wei Xiang You; LOTUS FOOD, INC d/b/a Lotus Food Company; OC PARTNERS LLC d/b/a Lotus Food Company; YONGJUN ZHANG a/k/a Yong Jun Zhang; YONGPENG XIA a/k/a Yong Peng Xia; ZHONG ZHUANG; KUOHWA WANG a/k/a

Kuo Hwa Wang; and TAIMEI WANG a/k/a Tai Mei Wang (collectively "Releasees") of the above caption and all of their respective related and/or affiliated companies, and their respective employees, agents, shareholders, attorneys, officers, directors, predecessors, successors, assigned subsidiaries, and fiduciaries, or any other person or company or entity, from any and all known or unknown actions, causes of action, claims or liabilities of any kind which have been or could have been asserted against them arising out of or related to those matters that are the subject of the above-referenced lawsuit, including claims arising under the Fair Labor Standards Act ("FLSA") and the Pennsylvania Minimum Wage Act ("PMWA").

4. Each party shall bear its own costs of this action.

Dated: 1-13-2023

_____
The Honorable Mark R. Hornak
Chief District Judge
United States District Court
Western District of Pennsylvania